**NATIONAL LABOR RELATIONS BOARD v. SALANT & SALANT, Inc.**

No. 10672.

United States Court of Appeals
Sixth Circuit.

Dec. 7, 1948.

Robert N. Denham, of Washington, D. C. for petitioner.

Martin & Cochran, of Nashville, Tenn., for respondent.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This action was heard and considered by the Court on the record, briefs and oral arguments of counsel for respective parties; and the selection of the appropriate unit of employees for bargaining purposes being a matter within the discretion of the Board and the selection by the Board in this case appearing neither arbitrary nor capricious, N.L.R.B. v. West Kentucky Coal Co., 6 Cir., 152 F.2d 198, 202; N.L.R.B. v. Prudential Life Ins. Co., 6 Cir., 154 F.2d 385, 388; and it further appearing that extent of organization of employees was not the controlling factor in making such selection: It is ordered that the Order of the Board be approved and that the respondent herein comply with the provisions thereof.